UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**NELLYA CHINN and PAIGE SMITH**,
Individually and on behalf of others
similarly situated,

                Plaintiffs,

v.

**COUSIN JENNY'S, INC.,** d/b/a **COUSIN JENNY'S PASTIES,** a Michigan corporation, and **JERILYN J. DeBOER,**

                Defendants.

Case No. 1:20-cv-1037

HON. JANET T. NEFF

## ORDER

The Court has reviewed the parties' Joint Motion for Approval of Settlement Agreement and Stipulation of Dismissal with Prejudice and the Settlement Agreement that has been submitted to the Court (ECF No. 7). The Court finds that the Settlement Agreement is fair and reasonable in light of all of the relevant circumstances described in the Joint Motion.

IT IS THEREFORE ORDERED that the Joint Motion (ECF No. 7) is GRANTED, the Settlement Agreement is approved, and this case is DISMISSED with prejudice.

Date: January 7, 2021

                                                        /s/ Janet T. Neff
                                                    Honorable Janet T. Neff
                                                    United States District Court Judge